FILED
RICHARD W. NAGEL
CLERK OF COURT
4/7/2023

# United States District Court for the Southern District of Ohio

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

Kasso: Ezekiel-Talade trading as:  ) Case No: 3:23-cv-093

EZEKIEL TALADE KASSO, Claimant.  ) Judge Michael J. Newman
  ) Magistrate Judge Caroline H. Gentry

V.  ) 1. Libel, Defamation.

Himan J, Amanda Zennie,  ) 2. Trespass, False Imprisonment.

City of Miamisburg.  ) 3. Violation of Rights Secured Under

And Mat Heck Jr trading as Montgomery County Prosecutor: )  Constitution for United States of

Wrongdoers.  America.

Demand for trial by Jury.

## Who is the Claimant?

1. The claimant is a free white man name Ezekiel born on the 29th day of September in the year 1977, a Christian sojourning at Montgomery County, Ohio District.
2. The claimant does not have a bank account, the claimant does not have any insurance, the claimant does not collect any government benefits, and does not do politics.
3. The claimant is a farmer and a day laborer who depends on nobody to live a peaceful life.
4. The claimant's religion is against any for profit business, so the claimant does not do any for profit business or commerce.
5. The claimant registered "EZEKIEL TALADE KASSO" as trade name with "Ohio Secretary of State".
6. The claimant voluntarily surrendered, canceled and rescinded his identification card starting from the 28th day of February 2023.
7. The claimant retains and does not waive any of his unalienable rights.
8. In the public the claimant's license plate is his trade name.

## Who are the Wrongdoers?

9. Himan J is a police officer employed at "MIAMISBURG POLICE DEPARTMENT".
10. Amanda Zennie is the clerk of Miamisburg Municipal Court employed by the" CITY OF MIAMISBURG".
11. Mat Heck Jr is Montgomery County's Prosecutor.
12. The City of Miamisburg is a corporation.

Page 1 of 5

## Who is Himan J looking to Arrest?

13. Himan J claims he is looking to arrest "Ezekiel T Kasso", a black man, who's date of birth is 09/21/1977.

## Traffic Stop Location.

14. The traffic stop happed at 8650 Byers road-Miamisburg- Montgomery county-at the Ohio District, precisely at a place called FEDEX GROUND.

## Claim Statement.

## No Driver's License No Driving Contract.

15. The claimant's Driver's License was canceled and said man, was bar from driving by the "BUREAU OF MOTOR VEHICLE, starting from the 9th day of October in the year of our lord 2020 without cause; Please read Article I section 9-10 of the constitution for United States of America: section 9, No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince or foreign State. Section. 10.No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.
16. On this 2nd day of January, in the year of Lord 2023, claimant was traveling from his home to his workplace by his automobile, when stopped by a man name Himan J acting as a MIAMISBURG CITY police officer.
17. Himan J told claimant that, he stopped said man because the automobile has a fictitious license plate.
18. Himan J asked claimant where he is going. The claimant explained that he is here at this place to work.
19. Himan J asked claimant to step out of his automobile then arrested, searched, and handcuffed the claimant, without warrant, over claimant's objections that Himan J acts were in violation of claimant's rights of due process of law secured under articles 7, 8, 9 of the amendment of the United States of America constitution: Article seven no person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. *Article the eighth...* In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury

of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of Counsel for his defense. *Article ninth*... In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

20. Himan J gave no specific charges to the claimant for his being stopped or for the arrest.
21. Himan J brought claimant to the Montgomery county Jail where claimant is subjected to booking under duress, which include fingerprinting under duress, photographing under duress, sexual assaults and batteries under duress, and forced confinement under duress for almost 48 hours.
22. Himan j, acting on his own accord, and without warrant or court order, had the claimant's automobile towed to an impound lot.
23. Although the claimant is not the man that Himan J is looking for, he made a false writing claim toward the said claimant.
24. The claim was published on the internet, on all Municipal courts websites, and on Montgomery county jail record for millions of people to be viewed.
25. There was malicious intent or at very least, bad faith when the claim was made.
26. As a result, claimant suffered damages, and harms.
27. This act done by Himan J and other is libelous in nature and is in direct contravention of claimant's unalienable rights secured under the Constitution for the United States of America and the customs of Montgomery County.
28. Himan J by having claimant automobile towed and converted for their own use is in direct contravention of *the sixth*... Amendment of the constitution of United States of America: The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## Why Claimant is Suing Amanda Zinnie?

29. Claimant sent an affidavit to Amanda Zinnie to prove that claimant is the man they are looking for, and she never gave an answer.

## Why Claimant is Suing Himan J

30. Himan J is the man who first wrote the false summon leading to the false warrant and Ptl M Kash acted upon the warrant leading to claimant arrest.

### Why Claimant is Suing the City of Miamisburg?

31. All the wrongdoers are officers of the City of Miamisburg.

### Why Claimant is Suing Mat Heck Jr?

32. Claimant asked Mat Heck Jr to show, why he allows this case to proceed instead of asking the judge to dismiss it for lack of Jurisdiction? He did not answer till now.

### Ezekiel Claims as Follows:

33. That the wrongdoers may be ordered by decree of the court to do their duties according to the Oath they took to uphold the constitution for the United States of America and the customs of Montgomery County.
34. That the court may decree an injunction restraining the wrongdoers from doing the same wrong in the future.
35. That the wrongdoers pay $130,000 in damage for inflicting pain and suffering for the claimant.
36. That the wrongdoers pay $17,000 for claimant's towed antic automobile.
37. That the wrongdoers pay $20,000 for claimant's attorney fees.
38. That the wrongdoers pay $180,000 for claimant's job lost.
39. Such further or other, &c.
40. Witness my hand and seal at Montgomery County, Dayton, Ohio this 26th day of March, in the year of our Lord, two thousand twenty three.

Authograph: *Signature: Ezekiel By authorized agent.*   Seal:

### Affidavit.

Sworn to and Subscribed in my Presence

by_____

This_____day of_____,_____

_____

In the County of Montgomery, State of Ohio.

## Certificate of Service

Ezekiel hereby certifies to the court that said man have on this _____<sup>th</sup> day of _____,

in the year of our Lord, _____ served a copy of the forgoing, a copy of an affidavit of ownership, a copy of the bill of sale, and copy of an old car registration of the previous owner, via _____ at _____

_____